IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ANTHONY MORRIS,

    Petitioner,                    No. CIV-S-10-2623 GEB CKD P

    vs.

WALKER,

    Respondent.                 ORDER

_____/

    Respondent is hereby ordered to lodge the transcript of the trial court proceedings concerning the convictions at issue in petitioner's application for writ of habeas corpus within twenty-one days.

Dated: April 25, 2012

                                _____
                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE

[1] morr2623.trn