1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN ANTHONY MORRIS

11            Petitioner,            No. 2: 10-cv-2623 GEB CKD

12        vs.

13   WALKER,

14

15            Respondent.           <u>ORDER</u>
     _____/

16            Petitioner, a state prisoner proceeding in forma pauperis, sought relief pursuant to

17   28 U.S.C. § 2254.  This action was terminated on June 14, 2012.  On July 12, 2012, petitioner

18   filed a notice of appeal and a motion for leave to proceed in forma pauperis on appeal.

19            Rule 24 of the Federal Rules of Appellate Procedure provides as follows:

20            a party who has been permitted to proceed in an action in the
              district court in forma pauperis . . . may proceed on appeal in forma
21            pauperis without further authorization unless . . . the district court
              shall certify that the appeal is not taken in good faith or shall find
22            that the party is otherwise not entitled so to proceed . . . .

23   FED. R. APP. 24.  Since the district court has not certified that petitioner's appeal is not taken in

24   good faith or otherwise found that petitioner is not entitled to proceed on appeal in forma

25   pauperis, petitioner's motion for leave to proceed in forma pauperis on appeal will be denied as

26   unnecessary.

                                        1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's July 12, 2012 motion to proceed in forma pauperis on appeal (Dkt. No. 27.) is DENIED AS UNNECESSARY.  See Fed. R. App. P. 24.

Dated: July 16, 2012

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
morr2623.101c

2